




UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

# CIVIL RIGHTS COMPLAINT FORM FOR PRO SE PRISONER LITIGANTS IN ACTIONS UNDER 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

Carl A. Williams II,

Inmate ID Number: 580146,

*(Write your full name and inmate ID number.)*

AMENDED COMPLAINT

**Case No.:** 3:24-cv-15-LC-ZCB
*(To be filled in by the Clerk's Office)*

**v.**

Brittany Lewis,

Rios,

Sessions,

*(Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Jury Trial Requested?**
☐ YES ☐ NO

FILED USDC FLND PN
FEB 12 '24 AM11:44

# I. PARTIES TO THIS COMPLAINT

A. Plaintiff

Plaintiff's Name: Carl A. Williams II ID Number: S80146

List all other names by which you have been known: ______

______

Current Institution: Santa Rosa Correctional Institution

Address: 5850 E. Milton Rd. Milton, FL 32583

Santa Rosa County

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for ***each and every*** Defendant:

1. Defendant's Name: Brittany Lewis

   Official Position: Property Sergeant

   Employed at: Blackwater RCRF

   Mailing Address: 5914 Jeff Ates Rd. Milton, FL 32583

   Santa Rosa County

   ☑ Sued in Individual Capacity ☑ Sued in Official Capacity

2. Defendant's Name: Officer Rios

Official Position: Corrections Officer

Employed at: Blackwater BCRF

Mailing Address: 5914 Jeff Ates. Rd. Milton, FL 32583

Santa Rosa County

☑ Sued in Individual Capacity ☑ Sued in Official Capacity

3. Defendant's Name: Officer Sessions

Official Position: Corrections Officer

Employed at: Blackwater RCRF

Mailing Address: 5914 Jeff Ates Rd. Milton, FL 32583

Santa Rosa County

☑ Sued in Individual Capacity ☑ Sued in Official Capacity

(*Provide this information for all additional Defendants in this case by attaching additional pages, as needed.*)

## II. BASIS FOR JURISDICTION UNDER 28 U.S.C. § 1331 or § 1346

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*) ☑ State/Local Officials (*§ 1983 case*)

## III. PRISONER STATUS

Indicate your confined status:

☐ Pretrial Detainee ☐ Civilly Committed Detainee

☑ Convicted State Prisoner ☐ Convicted Federal Prisoner

☐ Immigration Detainee ☐ Other (*explain below*):

______________________________________________________________

______________________________________________________________

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the ***facts*** showing why you are entitled to relief. Describe how ***each*** Defendant was involved and what each Defendant did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short, numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal arguments, quote cases, cite statutes, or reference a memorandum.*** You may make copies of page 6 if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. Exhibits attached to

the complaint will count as part of your page limitation. Therefore, do not attach irrelevant or unnecessary exhibits. Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.

(1). On 4-26-2022 @ approx 2:00 AM there was a K-9 search. Room F1-216 was searched, which is where Plaintiff slept. After a search by K-9 unit Plaintiff and cellmate were both taken to confinement.

(2). Later that morning the camera will show that room F1-216 which is where Plaintiff was sleeping and had property stored was entered by an inmate who packed and brought property out of room for Ofc. Rios and Session to inventory.

(3). Defendant(s) Officers Rios and Sessions who were working at the time did not pack Plaintiff's property which was a direct violation of F.A.C. 33-208.002(24) which states "Every employee shall protect and safeguard person and property of inmate." As well as a violation of the Fifth Amendment allowing Plaintiff's property to be taken for public use.

(4). Williams never received a DC6-220 property receipt with a list of "stored" "confiscated" + "kept" property but while in confinement Williams did receive a DR for possession of negotiables by Ofc. Rios. Which she stated that she found $200 in Plaintiff's property while she inventoried it.

**Statement of Facts Continued** (*Page* 2 *of* 4 )

She included Officer Sessions name in the DR as the Ofc. that was present
(5). That DR confirms that Plaintiff's property was inventoried so why didn't Plaintiff ever receive a DC6-220? Further more how could they say they found something in Plaintiffs property when they allowed another inmate to pack Plaintiffs things? The inmate could have done anything to Plaintiffs property as Plaintiff never was in possession of any cash money.
(6). Plaintiff wrote several request forms to property inquiring about his property being missing. His Father called the facility to speak with Property Sgt. Lewis as to why Plaintiff never received the property he was allowed to keep and why he never received a DC6-220 documenting what property he had stored. Cellmate at the time Hassan White provides written statement.
(7). Plaintiff eventually declared a psychological emergency due to mental distress because Plaintiff felt suicidal as a result of lack of legal work in the middle of a case with his motion date expiring. Plaintiff went psyche and was escorted to a psyche cell speaking with Mental Health Psychologist at the time Dr. Shine.
(8). After speaking with psychologist and expressing why Plaintiff felt suicidal,

3/4

Upon release Dr. Shine spoke with my escorting officer about getting Plaintiff his property. Officer told her they would do there best to make sure that Plaintiff got it.

(9). Plaintiff never received property. During this time Plaintiff's property was being looted and gone thru for Public use the entire time Plaintiff was in confinement by other inmates under the watch of Sgt. Lewis.

(10). On 6-14-2022 Plaintiff was transferred to Franklin Correctional Institution. Upon arrival at Franklin saw that well over half of his property was missing.

(11). On 6-24-22 Plaintiff filed a DC1-303 Log# 22-6-19734 regarding the items that were missing. He had New Reeboks that were swapped out with old battered Reeboks as well as New, New Balance's that were swapped with different ones. All of his new t-shirts, new boxers, new sweaters, gym shorts, new thermal set, new socks, new pajama set, over $250 worth of canteen, and $150 worth of hygiene as well as Plaintiffs JPG tablet.

(12). The 303 was returned without action as my Institution at the time Franklin Correctional intercepted it and said that I have to file at the Institutional level first. Even though this was a issue that didn't have to do with there Institution.

(13). My Father spoke with the Assistant Warden at Franklin C.I. Mrs. Pamela Grice explaining why I wanted the 303 to go directly to the Secretary as a Grievance of Reprisal. She then spoke with me directly from inside B-Dorm thru the flap, the Officer in the booth Officer Hewitt put her on speaker and she told me to file an informal grievance and put her name on it so that she would get it personally.

(14). Plaintiff then filed the informal grievance in September Log# 113-2209-0111 adressed specifically to Ms. Grice and it was responded to by Ofc. Murray instead stating that the issue I am brining up expired.

(15). Plaintiff then just included the original DC1-303 and wrote another DC1-303 mailing it to the Secretary of D.O.C. in January 2023.

4/4

(16). Plaintiff never heard back from Secretary regarding the issue. Williams attempt's to file grievance's were thwarted by prison grievance coordinators refusal to process them on vage pretextual grounds and without being honest about there intentions.

(17). Williams made a legitimate attempt to file the grievance process but officials prevented him from completing the grievance process in an attempt to thwart his litigation. Based on the lack of response by the Secretary Williams has exhausted his administrative remedies.

(18). Williams never received a DC6-220 with a list of his private property. Plaintiff's property was packed by another inmate thus violating D.O.C. policy F.A.C. 33-208-002(24) which resulted in property being looted. and resulting in another violation F.A.C. 33-208.002(8) treating Plaintiff in a cruel and inhumane manner when he was deprived of his property while in confinement.

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section IV. If more than one Defendant is named, indicate which claim is presented against which Defendant.

Officers Rios and Sessions violated Plaintiff's 5th Amendment right's by allowing another inmate to pack his thing which resulted in it being looted thus allowing Plaintiffs private property to be taken for public use. Ofc. Brittany Lewis allowed her orderlies to loot Plaintiffs property thus also violating Plaintiffs 5th Amendment right's. Depriving Plaintiff of Property resulted in violation of 8th Amendment treating Plaintiff cruel and unusual.

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

Wherefore, Plaintiff Williams respectfull prays that the court enter an order Issuing declaratory reliefs, declaring that the acts or omissions of the defendants have violated Williams rights, and stating the defendants duties with respect to those rights. Awarding Williams compensation for loss or destruction of personal property, financial loss, anxiety, stress, and sleeplessness in an amount as yet to be deduced from the evidence but in an amount no less than $150,000; punitive damages.

## VII. EXHAUSTION OF ADMINISTRATIVE REMEDIES

The Prison Litigation Reform Act ("PLRA") requires prisoners to exhaust all available administrative remedies (*grievance procedures*) before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** ***If you did not exhaust available remedies prior to filing this case, this case may be dismissed.*** If the case is dismissed for failure to exhaust or for any reason, you will still be required to pay the full filing fee and the dismissal may count as a "strike" under 28 U.S.C. § 1915(g). Therefore, please consider whether you have fully exhausted your remedies before proceeding with this action.

## VIII. PRIOR LITIGATION

***This section requires you to identify your prior litigation history. Be advised that failure to disclose all prior state and federal cases—including, but not limited to civil cases, habeas cases, and appeals—may result in the dismissal of this case. You should err on the side of caution if you are uncertain whether a case should be identified.***

**ATTENTION:** ***The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while***

***incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).***

A. Have you had any case in federal court, including federal appellate court, dismissed as frivolous, as malicious, for failure to state a claim, or prior to service?

☐ YES ☑ NO

If "Yes," identify the case number, date of dismissal, and court for each case:

1. Date:________________ Case #: ____________________________

   Court: ________________________________________________

   Reason: ______________________________________________

2. Date:________________ Case #: ____________________________

   Court: ________________________________________________

   Reason: ______________________________________________

3. Date:________________ Case #: ____________________________

   Court: ________________________________________________

   Reason: ______________________________________________

(*If necessary, list additional cases on an attached page*)

B. Have you filed other lawsuits or appeals in ***state or federal court*** dealing with the same facts or issue involved in this case?

□ YES □ NO

If "Yes," identify the case number, parties, date filed, result (*if not still pending*), name of judge, and court for each case (*if more than one*):

1. Case #:______________ Parties: ____________________________

   Court:__________________ Judge: ________________________

   Date Filed:_________ Dismissal Date (*if not pending*): __________

   Reason: ______________________________________________

2. Case #:______________ Parties: ____________________________

   Court:__________________ Judge: ________________________

   Date Filed:_________ Dismissal Date (*if not pending*): __________

   Reason: ______________________________________________

   (*If necessary, list additional cases on an attached page*)

C. Have you filed any other lawsuit, habeas corpus petition, or appeal in ***state or federal court*** either challenging your conviction or relating to the conditions of your confinement?.

☒ YES ☑ NO

If "Yes," identify all lawsuits, petitions and appeals:

1. Case #:______________Parties: ____________________________

   Court:__________________Judge: ________________________

   Date Filed:_________Dismissal Date (*if not pending*): __________

   Reason: ______________________________________________

2. Case #:______________Parties: ____________________________

   Court:__________________Judge: ________________________

   Date Filed:_________Dismissal Date (*if not pending*): __________

   Reason: ______________________________________________

3. Case #:______________Parties: ____________________________

   Court:__________________Judge: ________________________

   Date Filed:_________Dismissal Date (*if not pending*): __________

   Reason: ______________________________________________

4. Case #:______________Parties: ____________________________

   Court:__________________Judge: ________________________

   Date Filed:_________Dismissal Date (*if not pending*): __________

   Reason: ______________________________________________

5. Case #:______________Parties: ____________________________

   Court:__________________Judge: ________________________

   Date Filed:_________Dismissal Date (*if not pending*): __________

   Reason: ______________________________________________

6. Case #:______________Parties: ____________________________

Court:___________________Judge: ________________________

Date Filed:_________Dismissal Date (*if not pending*): __________

Reason: _______________________________________________

(***Attach additional pages as necessary to list all cases.***)

## IX. CERTIFICATION

1. I declare, under penalty of perjury, that all of the information stated above and included on or with this form, including my litigation history, is true and correct.

2. Additionally, as required by Federal Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non- frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

3. I understand it is my obligation to timely notify the Clerk's Office if there is any change to my mailing address and that my failure to do so may result in a dismissal of the action.

Date:________Plaintiff's Signature: Carl Williams

Printed Name of Plaintiff: Carl Williams

Correctional Institution: Santa Rosa Correctional Institution

Address: 5850 E. Milton Rd. Milton, FL 32583

______________________________

**I certify and declare, under penalty of perjury, that this complaint was (*check one*) □ delivered to prison officials for mailing or □ deposited in the prison's mail system for mailing on the_____day of_____, 20__.**

Signature of Incarcerated Plaintiff: Carl Williams

Carl A. Williams II DC# S80146
Santa Rosa Correctional Institution
5850 E. Milton Rd.
Milton, FL 32583-7914




U.S. District Court
NORTHERN DISTRICT
OF FLORIDA
1 North Palafox Street
PENSACOLA, FL 32502

FEB 1 ~ 2024




MAILED FROM A STATE
CORRECTIONAL INSTITUTION



US POSTAGE IMI PITNEY BOWES
ZIP 32583 $ 000.00⁰
02 4W
0000368416 FEB. 08. 2024